Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23−18306−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Megan L Tomlin
   aka Megan Louise Tomlin
   4 Cherry Blossom Court
   Hammonton, NJ 08037−9410

Social Security No.:
   xxx−xx−7539

Employer's Tax I.D. No.:

---

### NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 6, 2024.

Dated: March 6, 2024
JAN: kvr

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 23-18306-JNP
Megan L Tomlin                                                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                           User: admin                                                      Page 1 of 3
Date Rcvd: Mar 06, 2024                               Form ID: plncf13                                       Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Megan L Tomlin, 4 Cherry Blossom Court, Hammonton, NJ 08037-9410 |
| 520031608 | | Cooper University Health Care, PO Box 95000-4345, Philadelphia, PA 19195-4345 |
| 520031610 | + | EZ Pass, PO Box 52003, Newark, NJ 07101-8203 |
| 520031612 | + | Helen Tomlin, 4 Cherry Blossom Court, Hammonton, NJ 08037-9410 |
| 520031614 | + | International Recovery Systems, 2700 State Road, Bensalem, PA 19020-7347 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 06 2024 21:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 06 2024 21:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520031603 | + | Email/Text: backoffice@affirm.com | Mar 06 2024 21:20:00 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520034241 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 06 2024 21:39:33 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520073439 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 06 2024 21:39:33 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520031604 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 06 2024 21:18:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 520031605 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 06 2024 21:39:32 | Best Buy Citicard, PO Box 790441, Saint Louis, MO 63179-0441 |
| 520031606 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 06 2024 21:28:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520043532 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 06 2024 21:39:19 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520031607 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 06 2024 21:39:31 | Cbna, Attn: Centralized Bankruptcy/Citicorp, Po Box 790034, St Louis, MO 63179-0034 |
| 520037600 | | Email/Text: mrdiscen@discover.com | Mar 06 2024 21:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520031609 | + | Email/Text: mrdiscen@discover.com | Mar 06 2024 21:18:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520031611 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 06 2024 21:19:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520031613 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 06 2024 21:19:00 | Internal Revenue Service, ATTN: Bankruptcy Department, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520081805 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 06 2024 21:19:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520100339 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 06 2024 21:20:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520031615 | + | Email/Text: bnc@nordstrom.com | Mar 06 2024 21:19:39 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 520092387 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 06 2024 21:18:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520031616 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 06 2024 21:18:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 520090296 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 06 2024 21:39:03 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520031617 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 06 2024 21:39:32 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520098530 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 06 2024 21:39:34 | Portfolio Recovery Associates, LLC, c/o Venmo, POB 41067, Norfolk VA 23541 |
| 520031618 | | Email/Text: signed.order@pfwattorneys.com | Mar 06 2024 21:18:00 | Pressler Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 520031619 | ^ | MEBN | Mar 06 2024 21:15:59 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 220, Liverpool, NY 13088-0220 |
| 520031621 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 06 2024 21:18:00 | State of New Jersey, Division of Taxation, 50 Barrack St, 9th Floor, PO Box 245, Trenton, NJ 08695 |
| 520094953 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 06 2024 21:18:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 520031620 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Mar 06 2024 21:26:59 | SoFi, Attn: Bankruptcy, 2750 East Cottonwood Parkway, Ste 300, Salt Lake City, UT 84121-7285 |
| 520065329 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2024 21:28:23 | Sofi Bank, National Association, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520100785 | + | Email/Text: bncmail@w-legal.com | Mar 06 2024 21:19:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 520116444 | + | Email/Text: tdebn@credbankserv.com | Mar 06 2024 21:19:00 | TD Retail Card Services, c/o Creditors Bankruptcy Services, P.O. Box 800849, Dallas, TX 75380-0849 |
| 520049909 | + | Email/Text: tdebn@credbankserv.com | Mar 06 2024 21:19:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 520031622 | + | Email/Text: bncmail@w-legal.com | Mar 06 2024 21:19:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520116443 | *+ | Helen Tomlin, 4 Cherry Blossom Court, Hammonton, NJ 08037-9410 |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 06, 2024 | Form ID: plncf13 | Total Noticed: 37 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2024         Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Barbara J. Snavely | on behalf of Debtor Megan L Tomlin jjresq1@comcast.net |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4