UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

Megan Tomlin,

Debtor.

Case No.:      23-18306-JNP

Chapter:            13

Hearing Date:    05/07/2024

Judge:          Poslusny

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief re: 4 Cherry Blossom Court (docket # 31)

_____

Date: 05/06/2024                           /s/ Denise Carlon
                                            Signature

*rev.8/1/15*