| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>PNC BANK, NATIONAL ASSOCIATION | Order Filed on May 21, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>    Megan L Tomlin aka Megan Louise Tomlin,<br><br>Debtor | Case No.:  23-18306 JNP<br><br>Adv. No.:<br><br>Hearing Date:  5/7/2024 @ 11:00 a.m.<br><br>Judge:  Jerrold N. Poslusny, Jr. |

# ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: May 21, 2024**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors:   Megan L Tomlin aka Megan Louise Tomlin
Case No: 23-18306 JNP
Caption of Order: ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, PNC BANK, NATIONAL ASSOCIATION, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 4 Cherry Blossom Court, Hammonton, NJ, 08037, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Barbara J. Snavely, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of April 23, 2024, Debtor is due for the January 2024 – April 2024 post-petition payments in the amount of $439.27 for a total post-petition default of $1,757.08; and

It is **ORDERED, ADJUDGED and DECREED** that Debtor shall make an immediate payment of $1,757.08 to be received no later than May 15, 2024; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume May 8, 2024, directly to Secured Creditor's servicer, (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that the motion is hereby resolved.