# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

**In RE:**

MEGAN L TOMLIN

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 6

**Case Number:** 23-18306

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above-entitled case hereby requests that the mailing address pertaining to PAYMENTS only, listed in the above stated case, be changed.

Check which type of address change is being requested:

[ ] Notice only     [√] Payment only     [ ] Notice & Payment

**PAYMENT ADDRESS**

FROM:

Payment Processing Center

P.O. Box 78367

Phoenix, AZ 85062

TO:

Payment Processing Center

P.O. Box 660618

Dallas, TX 75266-0618

Date: 07/10/2024

/s/ Bhupesh Katheria

Creditor's Authorized Agent for Ally Capital

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

In RE:

Chapter: 13

MEGAN L TOMLIN

Case Number: 23-18306

Debtor(s)

# Certificate of Service

I certify that on 07/10/2024, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
BARBARA J SNAVELY
JJRESQ1@COMCAST.NET

Trustee
ANDREW B FINBERG

United States Trustee
US TRUSTEE

/s/ Bhupesh Katheria
Bhupesh Katheria
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com