B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW JERSEY

In re  MEGAN L TOMLIN                                          Case No. 23-18306

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Resurgent Receivables LLC | Sofi Bank, National Association |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Resurgent Receivables LLC
  c/o Resurgent Capital Services
  PO Box 10587
  Greenville, SC 29603-0587

Phone: (877) 264-5884
Last Four Digits of Acct #: 7165

Court Claim # (if known): 5
Amount of Claim: $7,062.77
Date Claim Filed: 10/27/2023

Phone: _____
Last Four Digits of Acct. #: 1032

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Lorel Thompson                                Date: 09/05/2024
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.