Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                       Case No.: 23–18306–JNP
                       Chapter: 13
                       Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Megan L Tomlin
   aka Megan Louise Tomlin
   4 Cherry Blossom Court
   Hammonton, NJ 08037–9410

Social Security No.:
   xxx–xx–7539

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:               March 11, 2025
Time:              11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*51* – Certification in Opposition to (related document:50 Creditor's Certification of Default (related document:34 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of PNC BANK, NATIONAL ASSOCIATION. Objection deadline is 02/26/2025. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor PNC BANK, NATIONAL ASSOCIATION) filed by Barbara J. Snavely on behalf of Megan L Tomlin. (Snavely, Barbara)

and transact such other business as may properly come before the meeting.


Dated: February 18, 2025
JAN: kvr

                                                                                                                   Jeanne Naughton
                                                                                                                   Clerk