| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in compliance with D.N.J. 9004-1(b)<br><br>Lavin, Cedrone, Graver, Boyd & DiSipio<br>Formed in the State of PA<br>Regina Cohen<br>190 North Independence Mall West 6th & Race Streets<br>Suite 500<br>Philadelphia, PA 19106<br>Tel: (215) 351-7551<br>Fax: (215) 627-2551<br>E-mail: RCohen@lavin-law.com<br>Attorney for Movant | Order Filed on June 5, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>MEGAN L TOMLIN<br>a/k/a MEGAN LOUISE TOMLIN<br><br>                              Debtor | Case No.: 23-18306-JNP<br><br>Chapter 13<br><br>Judge: Jerrold N. Poslusny Jr.<br><br>Hearing date: 6/18/2024 at 11:00 AM |

**CONSENT ORDER MODIFYING STAY AS TO MOTOR VEHICLE**
**2019 Acura MDX Utility 4D AWD 3.5L V6**

The relief set forth on the following pages, number two (2) through three (3) is hereby **ORDERED**.

**DATED: June 5, 2025**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

2

Debtor: Megan L Tomlin
Case No.: 23-18306-JNP
Caption of Order: Consent Order Modifying Stay as to Motor Vehicle

1. The 11 USC §362(a) Automatic Stay as to Ally Capital ("Movant"), with respect to the personal property of the Debtor described as a 2019 Acura MDX Utility 4D AWD 3.5L V6, V.I.N. 5J8YD4H36KL000701, in accordance with the agreement of the Debtor and Movant, is hereby modified and shall remain in effect.

   PROVIDED THAT Debtor comply with the following terms and conditions:

   a. The Debtor will resume making regular monthly installment payment in the amount of $635.48 as they become due Commencing on June 22, 2025.

   b. The parties stipulate that unpaid amount due post-petition total is $8,736.60 ("Arrearage"). Within 30 days of entry of this Order, the Debtor must file a proposed modification of the plan to add the arrearage in the plan. If the Debtor fails to file a modification, it is Final Default under this order.

2. The term "payment" as set forth in Paragraph 1, *supra*, does not include a check that is returned due to insufficient funds, account closed or is otherwise not capable of negotiation for any other reason.

3. Debtor will be in default under the Consent Order in the event that Debtor fails to comply with the payment terms and conditions set forth in above Paragraph 1, supra. If Debtor fails to cure the default within thirty (30) days from the date of default, Movant may apply on five days' notice to Debtor, Counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. §362(a) and permitting Movant to exercise any rights under the loan documents with respect to the motor vehicle including, but not limited to, initiating and completing a sale of the motor vehicle without regard to any future conversion of this matter to a different form of bankruptcy.

4. In the event Debtor convert to a bankruptcy under any Chapter other than Chapter 13 of the Bankruptcy Code, then Debtor shall pay all pre-petition arrears and post-petition delinquent payments, fees, and charges due and owing within fifteen (15) days from the date the case is converted from Chapter 13 to any other Chapter. If Debtor fails to make payments in accordance with this paragraph, then Movant, through counsel, may file a Certification of Default setting forth and failure and Movant shall be granted immediate relief from the automatic stay and under the provisions of Section 362 of the Bankruptcy Code (11 U.S.C.§362) and the Movant is then permitted to exercise any rights under the loan documents with respect to the motor vehicle

Debtor:           Megan L Tomlin
Case No.:         23-18306-JNP
Caption of Order: Consent Order Modifying Stay as to Motor Vehicle

including, but not limited to, initiating, and completing a sale of the motor vehicle. The failure of Movant to issue a notice of default will not be construed or act as a waiver of any of the rights of Movant under the Consent Order.

5. The debtor waives the fourteen (14) day stay provided under Rule 4001(a)(3), F.R.B.P.

**We hereby consent to the form and entry of the foregoing Order.**

*/s/ Barbara J. Snavely*
Barbara J. Snavely
Law Office of Barbara J. Snavely
Washington Professional Campus
900 Route 168
Suite I-4
Turnersville, NJ 08012
jjresq1@comcast.net
Attorney for Debtor

*/s/ Regina Cohen*
Lavin, Cedrone, Graver, Boyd & DiSipio
Formed in the State of PA
Regina Cohen
190 North Independence Mall West 6th
& Race Streets
Suite 500
Philadelphia, PA 19106
Tel: (215) 351-7551
Fax: (215) 627-2551
E-mail: RCohen@lavin-law.com
Attorney for Movant