Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−18306−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Megan L Tomlin
   aka Megan Louise Tomlin
   4 Cherry Blossom Court
   Hammonton, NJ 08037−9410

Social Security No.:
   xxx−xx−7539

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 16, 2025.

Dated: October 16, 2025
JAN: cm

                                                           Jeanne Naughton
                                                           Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-18306-JNP |
| Megan L Tomlin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 16, 2025 | Form ID: plncf13 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Megan L Tomlin, 4 Cherry Blossom Court, Hammonton, NJ 08037-9410 |
| 520031610 | + | EZ Pass, PO Box 52003, Newark, NJ 07101-8203 |
| 520031612 | + | Helen Tomlin, 4 Cherry Blossom Court, Hammonton, NJ 08037-9410 |
| 520031614 | + | International Recovery Systems, 2700 State Road, Bensalem, PA 19020-7347 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 16 2025 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 16 2025 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 16 2025 21:15:51 | Ally Capital, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520031603 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 16 2025 21:15:26 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520034241 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 16 2025 21:03:55 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520073439 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 16 2025 21:15:02 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520031604 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 16 2025 20:50:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 520031605 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 16 2025 21:03:13 | Best Buy Citicard, PO Box 790441, Saint Louis, MO 63179-0441 |
| 520031606 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 16 2025 21:26:13 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520043532 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 16 2025 21:04:29 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520031607 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 16 2025 21:04:22 | Cbna, Attn: Centralized Bankruptcy/Citicorp, Po Box 790034, St Louis, MO 63179-0034 |
| 520031608 | ^ | MEBN | Oct 16 2025 20:50:19 | Cooper University Health Care, PO Box 95000-4345, Philadelphia, PA 19195-4345 |
| 520037600 | | Email/Text: mrdiscen@discover.com | Oct 16 2025 20:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520031609 | + | Email/Text: mrdiscen@discover.com | Oct 16 2025 20:51:00 | Discover Financial, Attn: Bankruptcy, Po Box |

Case 23-18306-JNP   Doc 69   Filed 10/18/25   Entered 10/19/25 00:16:05   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2025 | Form ID: plncf13 | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 520031611 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com Oct 16 2025 20:51:00 | | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 520031613 | | Email/Text: sbse.cio.bnc.mail@irs.gov Oct 16 2025 20:51:00 | | Internal Revenue Service, ATTN: Bankruptcy Department, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520081805 | + | Email/Text: bankruptcydpt@mcmcg.com Oct 16 2025 20:52:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520100339 | + | Email/Text: JCAP_BNC_Notices@jcap.com Oct 16 2025 20:52:00 | | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520031615 | + | Email/Text: bnc@nordstrom.com Oct 16 2025 20:51:41 | | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 520092387 | | Email/Text: Bankruptcy.Notices@pnc.com Oct 16 2025 20:51:00 | | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520031616 | | Email/Text: Bankruptcy.Notices@pnc.com Oct 16 2025 20:51:00 | | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 520090296 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 16 2025 21:04:01 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520031617 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 16 2025 21:03:03 | | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520098530 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 16 2025 21:15:10 | | Portfolio Recovery Associates, LLC, c/o Venmo, POB 41067, Norfolk VA 23541 |
| 520031618 | | Email/Text: signed.order@pfwattorneys.com Oct 16 2025 20:51:00 | | Pressler Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 520031619 | ^ | MEBN Oct 16 2025 20:48:17 | | Raymour & Flanigan, Attn: Bankruptcy, Po Box 220, Liverpool, NY 13088-0220 |
| 520383311 | | Email/PDF: resurgentbknotifications@resurgent.com Oct 16 2025 21:03:49 | | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520383312 | + | Email/PDF: resurgentbknotifications@resurgent.com Oct 16 2025 21:04:11 | | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, Resurgent Receivables LLC, c/o Resurgent Capital Services 29603-0587 |
| 520031621 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov Oct 16 2025 20:51:00 | | State of New Jersey, Division of Taxation, 50 Barrack St, 9th Floor, PO Box 245, Trenton, NJ 08695 |
| 520094953 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov Oct 16 2025 20:51:00 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 520031620 | + | Email/PDF: SoFiBKNotifications@resurgent.com Oct 16 2025 21:03:38 | | SoFi, Attn: Bankruptcy, 2750 East Cottonwood Parkway, Ste 300, Salt Lake City, UT 84121-7285 |
| 520065329 | | Email/PDF: resurgentbknotifications@resurgent.com Oct 16 2025 21:03:40 | | Sofi Bank, National Association, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520100785 | | Email/Text: bncmail@w-legal.com Oct 16 2025 20:51:00 | | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520116444 | + | Email/Text: tdebn@credbankserv.com Oct 16 2025 20:51:00 | | TD Retail Card Services, c/o Creditors Bankruptcy Services, P.O. Box 800849, Dallas, TX 75380-0849 |
| 520049909 | + | Email/Text: tdebn@credbankserv.com Oct 16 2025 20:51:00 | | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 520031622 | + | Email/Text: bncmail@w-legal.com | | |

| | Oct 16 2025 20:51:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
|---|---|---|

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520116443 | *+ | Helen Tomlin, 4 Cherry Blossom Court, Hammonton, NJ 08037-9410 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Barbara J. Snavely | on behalf of Debtor Megan L Tomlin jjresq1@comcast.net |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Regina Cohen | on behalf of Creditor Ally Capital rcohen@lavin-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6