Printed on: 12/31/2025
ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
**Case Number: 23-18306 (JNP)**

Megan L. Tomlin
4 Cherry Blossom Court
Hammonton, NJ  08037-9410

Monthly Payment: $2,035.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

### For the period of 01/01/2025 to 12/31/2025
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 01/02/2025 | $1,500.00 | 01/10/2025 | $1,500.00 | 02/28/2025 | $1,529.00 | 03/14/2025 | $1,529.00 |
| 04/11/2025 | $1,529.00 | 05/27/2025 | $1,529.00 | 07/07/2025 | $1,529.00 | 07/31/2025 | $1,529.00 |
| 10/01/2025 | $1,550.00 | 10/10/2025 | $2,035.00 | | | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|-----------|-------------|------------------|
| 0 | MEGAN L. TOMLIN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BARBARA J. SNAVELY, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | AFFIRM, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ALLY FINANCIAL | 24 | $3,246.77 | $3,246.77 | $0.00 | $3,246.77 |
| 3 | BEST BUY CITICARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE, N.A. | 33 | $2,191.14 | $0.00 | $2,191.14 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $11,273.29 | $0.00 | $11,273.29 | $0.00 |
| 6 | COOPER UNIVERSITY HEALTH CARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | DISCOVER BANK | 33 | $9,752.82 | $0.00 | $9,752.82 | $0.00 |
| 8 | EZ PASS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | GOLDMAN SACHS BANK USA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | HELEN TOMLIN | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | DEPARTMENT OF THE TREASURY | 28 | $12,603.65 | $8,589.04 | $4,014.61 | $2,715.75 |
| 12 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $1,488.34 | $0.00 | $1,488.34 | $0.00 |
| 13 | NORDSTROM, INC. | 33 | $9,406.23 | $0.00 | $9,406.23 | $0.00 |
| 14 | PNC BANK, N.A. | 24 | $1,495.70 | $1,495.70 | $0.00 | $1,495.70 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,073.89 | $0.00 | $1,073.89 | $0.00 |
| 16 | PRESSLER FELT & WARSHAW LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | TD RETAIL CARD SERVICES | 24 | $3,463.00 | $3,463.00 | $0.00 | $3,463.00 |
| 18 | RESURGENT RECEIVABLES, LLC | 33 | $7,062.77 | $0.00 | $7,062.77 | $0.00 |
| 19 | STATE OF NEW JERSEY | 28 | $5,002.39 | $3,408.99 | $1,593.40 | $1,077.88 |
| 20 | TD BANK USA, N.A. | 33 | $2,354.84 | $0.00 | $2,354.84 | $0.00 |
| 21 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | BARBARA J. SNAVELY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | DEPARTMENT OF THE TREASURY | 33 | $783.61 | $0.00 | $783.61 | $0.00 |
| 25 | TD RETAIL CARD SERVICES | 33 | $2,659.10 | $0.00 | $2,659.10 | $0.00 |
| 26 | ALLY FINANCIAL | 24 | $8,736.60 | $5,978.70 | $2,757.90 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2023 | 23.00 | $0.00 |
| 09/01/2025 | Paid to Date | $27,023.00 |
| 10/01/2025 | 36.00 | $2,035.00 |
| 10/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $15,759.00 |
| Total paid to creditors this period: | $11,999.10 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $4,070.00 |
| Attorney: | BARBARA J. SNAVELY, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**