Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23–18306–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Megan L Tomlin
   aka Megan Louise Tomlin
   4 Cherry Blossom Court
   Hammonton, NJ 08037–9410

Social Security No.:
   xxx–xx–7539

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                 April 14, 2026
Time:                 11:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

**79** – Certification in Opposition to PNC Bank (related document:77 Creditor's Certification of Default (related document:55 Order (Generic)) filed by Denise E. Carlon on behalf of PNC BANK, NATIONAL ASSOCIATION. Objection deadline is 03/23/2026. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor PNC BANK, NATIONAL ASSOCIATION) filed by Barbara J. Snavely on behalf of Megan L Tomlin. (Snavely, Barbara)

and transact such other business as may properly come before the meeting.

Dated: March 20, 2026
JAN: kvr

Jeanne Naughton
Clerk